UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOSS CLC, LLC AND CODY MYERS** | * | CIVIL ACTION NO.: 2:23-cv-02644 |
| | * | |
| **VERSUS** | * | JUDGE: |
| | * | |
| **UNDERWRITERS AT LLOYD'S, LONDON** | * | MAGISTRATE JUDGE: |

_____

**NOTICE OF REMOVAL**
_____

**TO:** Hoss CLC, LLC and Cody Myers
*Through their counsel of record:*
Anthony D. Irpino
Bobby G. Hawkins
IRPINO, AVIN & HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, Louisiana 70130

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that the Syndicate 1886 (hereinafter "Defendant"), identified as Underwriters at Lloyd's, London, in the Petition for Damages filed by Plaintiffs, Hoss CLC, LLC and Cody Myers, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes the instant action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana and, in support thereof, states the following:

**HISTORY OF THE ACTION**

**1.**

Plaintiffs, Hoss CLC, LLC and Cody Myers, filed their Petition for Damages on May 30, 2023, in the Civil District Court for the Parish of Orleans, State of Louisiana, in the action captioned "*Hoss CLC, LLC and Cody Myers versus Underwriters at Lloyd's, London,*" bearing

civil docket number 2023-04934, Division "M" ("state court action"). Syndicate 1886, identified in Plaintiffs' Petition as "Underwriters at Lloyd's, London," is the sole Defendant named therein.

**2.**

In their Petition, Plaintiffs allege they sustained losses as the result of Hurricane Ida, which made landfall on August 29, 2021, at properties located at 5108-5110 Laurel Street., New Orleans, LA 70118 and 3929-3931 Coliseum Street, New Orleans, LA 70118.

**3.**

Plaintiffs' Petition further alleges that on the aforementioned date there was in effect a policy of insurance issued by Defendant to Plaintiffs.

**4.**

This Notice of Removal is timely, as it is filed within one (1) year of the filing of Plaintiffs' Petition for Damages and within 30 days of receipt by the Defendant of the pleading wherefrom Defendant could ascertain this case is properly removable, pursuant to 28 U.S.C. § 1446(b)(2)(B). Defendant was served with the Petition for Damages on June 20, 2023.

**5.**

No previous application has been made for the relief requested herein.

## GROUNDS FOR REMOVAL

**6.**

Pursuant to 28 U.S.C. § 1332, diversity jurisdiction exists if the citizenship of plaintiffs are diverse from the citizenship of defendant and the amount in controversy exceeds the jurisdictional amount of $75,000, exclusive of interest and costs.

**There is Complete Diversity Among the Parties.**

**7.**

In the Petition, Plaintiffs Hoss CLC, LLC and Cody Myers allege that at all times material hereto, they were domiciled in the Parish of Orleans, State of Louisiana.

**8.**

Defendant is a citizen of the United Kingdom.  QBE is the sole member of Lloyd's Syndicate 1886, which is a sub-syndicate of Lloyd's Syndicate 2999, which has one sole corporate member, QBE Corporate Limited.  The ultimate parent company of QBE Corporate Limited is QBE Insurance Group Limited, which is traded on the Australian Securities Exchange. No publicly-held entity owns 10% or more of the stock of QBE Insurance Group Limited.  QBE Corporate Limited is registered in England and Wales.  Its registered address is 30 Fenchurch Street, London, United Kingdom, EC3M 3BD.

**9.**

Diversity jurisdiction is proper in the instant action, given that complete diversity of citizenship exists between Plaintiffs and the Defendant.

**Amount in Controversy**

**10.**

The removal of the instant action is authorized by the provisions of 28 U.S.C. § 1441, *et seq*., given the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiffs' Petition claims damages in the total amount of $182,636.68, exclusive of interest and costs.  Defendant has estimated the value of the alleged loss at $17,665.42.  After application of depreciation and the $10,500 deductible, Defendant paid Plaintiffs $4,477.74 (Exhibit "1": November 28, 2021 Letter).

11.

Plaintiffs have also prayed for an award of penalties, costs, and attorneys' fees under La. R.S. § 22:1892 and § 22:1973, which are also included in the amount in controversy.

12.

Considering the foregoing, the instant litigation constitutes a "civil action brought in a State court of which the district courts of the United States have original jurisdiction," pursuant to 28 U.S.C. §1441(a) and, further, this case is properly removable to this Court as a "civil action" where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is "between . . . [c]itizens of different States" within the meaning of 28 U.S.C. § 1332(a).

**Venue and Other Requirements are Satisfied.**

13.

The territorial reach of the United States District Court for the Eastern District of Louisiana encompasses Orleans Parish, where the state court action is presently pending. Accordingly, removal to this Court is proper pursuant to 28 U.S.C. §§ 104(b)(1) and 1441(a).

14.

Pursuant to 28 U.S.C. § 1446(d), all adverse parties are being provided with a written Notice of Removal, and a copy of this Notice of Removal is being filed with the Civil District Court for the Parish of Orleans.

15.

Pursuant to 28 U.S.C. § 1446(a), and Local Uniform Civil Rule 3.2, a copy of the entire state court record is attached hereto. Exhibit "2," *in globo*.

**16.**

For the aforesaid reasons, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, and removal is appropriate pursuant to 28 U.S.C. §§ 1441 and 1446.

**17.**

Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's rights to assert any defense or affirmative matter available under the Louisiana Code of Civil Procedure, Federal Rule of Civil Procedure 12, and/or any other state or federal statute.

**DEMAND FOR JURY TRIAL**

**18.**

Defendant hereby demands a trial by jury as to all issues.

**WHEREFORE**, Defendant respectfully request that the instant action proceed before this Honorable Court as an action properly removed.

Respectfully submitted:

**ADAMS HOEFER HOLWADEL, LLC**

 /s/    Kyle M. Truxillo
**BRUCE R. HOEFER, JR. (#6889)**
Email: **brh@ahhelaw.com**
**D. RUSSELL HOLWADEL (#16975) T.A.**
Email: **drh@ahhelaw.com**
**PHILLIP J. REW (#25843)**
Email: **pjr@ahhelaw.com**
**HEATHER E. REZNIK (#29175)**
Email: **her@ahhelaw.com**
**KYLE M. TRUXILLO (#38920)**
Email: **kmt@ahhelaw.com**
**RICHARD R. STEDMAN, II (#29435)**
Email: **rrs@ahhelaw.com**
400 Poydras Street, Suite 2450
New Orleans, Louisiana  70130
Telephone:    (504) 581-2606
***Attorneys for Removing Defendant, Syndicate 1886***

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via the CM/ECF filing system on this 20th day of July 2023.

**Counsel for Plaintiffs:**

**IRPINO, AVIN & HAWKINS LAW FIRM**
**Bobby G. Hawkins (#30546)**
2216 Magazine Street
New Orleans, LA  70130
T:  (504) 525-1500
F:  (504) 525-1501
E:  bhawkins@irpinolaw.com

　　　*/s/ Kyle M. Truxillo*　　
　　　**KYLE M. TRUXILLO**